**DISMISS and Opinion Filed March 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01384-CV

**SONJA BLUE, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court**
**Denton County, Texas**
**Trial Court Cause No. CV-2019-01975-JP**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

Appellants' brief in this case is overdue. By order dated January 15, 2020, we notified appellant her brief was overdue. We directed appellant to file a brief by January 28, 2020. We cautioned appellant that failure to file a brief might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

191384F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SONJA BLUE, Appellant

No. 05-19-01384-CV        V.

DALLAS HOUSING AUTHORITY, Appellee

On Appeal from the County Court, Denton County, Texas
Trial Court Cause No. CV-2019-01975-JP.
Opinion delivered by Justice Bridges. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered March 20, 2020